188 So. 925

**Manuel PATE v. STATE.**

**5 Div. 66.**

Court of Appeals of Alabama.
April 18, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

178 So. 925

**Arthur PATTERSON and Grover Patterson v. STATE.**

**8 Div. 576.**

Court of Appeals of Alabama.
Feb. 8, 1938.

H. T. Foster and Milo Moody, both of Scottsboro, for appellants.

A. A. Carmichael, Atty. Gen., and Jack Crenshaw, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

177 So. 925

**Duff PATTERSON v. STATE.**

**5 Div. 31.**

Court of Appeals of Alabama.
Nov. 23, 1937.

RICE, Judge.
Appeal dismissed.

176 So. 924

**Elster PATTERSON v. STATE.**

**7 Div. 290.**

Court of Appeals of Alabama.
Oct. 5, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

178 So. 925

**Jess PATTERSON v. STATE.**

**8 Div. 519.**

Court of Appeals of Alabama.
Feb. 1, 1938.

SAMFORD, Judge.
Appeal dismissed.

177 So. 925

**Milton PATTON v. STATE.**

**6 Div. 174.**

Court of Appeals of Alabama.
Dec. 7, 1937.

RICE, Judge.
Appeal dismissed.